IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:05-cv-02049-REB-MJW

HEATHER KIEFER, Individually and as
heir at law of VICKIE KIEFER, Deceased,

    Plaintiff,

vs.

MERCK & COMPANY, INC., a Foreign Corporation,

    Defendant.

---

## ORDER GRANTING JOINT MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

( Docket No. 7 )

---

This matter is before the Court on the Joint Motion To Stay All Proceedings

Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation [Dkt No.

__7__]. Upon consideration of the motion, the Court finds that it should be GRANTED.

The Court hereby stays all pre-trial proceedings including all deadlines pursuant to the

Federal Rules of Civil Procedure and Colo. Stat. Ann. 13-21-111.5 in this action pending

transfer to and pretrial proceedings in MDL No. 1657.  (X)

Dated: _November 22_, 2005

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
~~The Honorable Robert E. Blackburn~~
~~U.S. District Court~~

401436v1

(X) The Rule 16 Conference set on 12-19-05
At 10:30 A.m. is VACATED. The parties
shall provide A written status Report
Regarding The Transfer of This case
Through The MDL Panel by 12-30-05.